# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ALAN RISHER, ROBERT A.
BOURGEOIS, BRANDON
BOURGEOIS, AND BUSINESS
BROKERS OF LOUISIANA D/B/A
SUNBELT BUSINESS BROKERS

NO.  2023 CW 0585

VERSUS

**AUGUST 14, 2023**

DOUG GORE AND LIFESTYLE,
L.L.C.

---

In Re:  Doug  Gore  and  Lifestyle,  L.L.C.,  applying  for
supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 706526.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

**CHH**
**SMM**

**McClendon, J.,** dissents and would issue the Notice of
Briefing Schedule pursuant to La. Code Civ. P. art. 966 (H).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT